IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 13-cv-01316-MSK-CBS

RODNEY B. ALLEN,

        Plaintiff,

v.

M. TUCKER (Pueblo Unit Manager),
BATULIS (Pueblo Unit Counselor),
McAVOY (Norwood Unit Manager),
G. SANTINI, M.D. (Staff Physician),
A. ALVARADO (Assistant Health Administrator),
S. HENDRICKS (Registered Nurse),
ROGERS (Registered Nurse),

        Defendants.

---

## MINUTE ORDER

---

Magistrate Judge Shaffer

    It is hereby ORDERED that the Defendants' Motion to Stay Discovery (Docket No. 59) is GRANTED. Accordingly it is further

    ORDERED that all discovery is stayed in this matter pending a ruling on the motions to dismiss (Docket Nos. 47 & 58).

    DATED at Denver, Colorado, this 24th day of March, 2015.

                                    BY THE COURT:

                                    s/Craig B. Shaffer
                                    United States Magistrate Judge