IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 13-cv-01316-MSK-CBS

RODNEY B. ALLEN,

        Plaintiff,

v.

M. TUCKER (Pueblo Unit Manager),
BATULIS (Pueblo Unit Counselor),
ROGERS (Registered Nurse),

        Defendants.

---

## ORDER

---

Magistrate Judge Shaffer

      This matter comes before the court on Plaintiff's "Motion for Discovery" (Doc. 96). Pursuant to the Order Referring Case dated August 19, 2013 (Doc. 13) and the Memorandum (Doc. 97) dated December 15, 2015, this matter was referred to the Magistrate Judge. The court has reviewed the filing, the entire case file, and the applicable law and is sufficiently advised in the premise.

      Although it has been titled and docketed as a Motion, Doc. 96, in actuality, consists of Requests for Production pursuant to Fed. R. Civ. P. 34, Interrogatories pursuant to Fed. R. Civ. P. 33, and Requests for Admission pursuant to Fed. R. Civ. P. 36. Such discovery requests are directed to the Defendants and require no action on the part of the court.

      DATED at Denver, Colorado, this 7th day of January, 2016.

2

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge